**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

| | |
|---|---|
| **GARY LONG** | **PLAINTIFF** |
| **V.** | **NO: 3:20CV255-M-P** |
| **C.R. BARD, INC., a Foreign corporation, BARD PERIPHERAL VASCULAR, INC., an Arizona corporation, MCKESSON CORPORATION, a corporation, and DOES 1-100** | **DEFENDANTS** |

**ORDER OF DISMISSAL OF
MCKESSON CORPORATION
WITHOUT PREJUDICE**

Pursuant to a [44] stipulation of dismissal filed jointly by the parties in this case, it is hereby ORDERED that only the defendant McKesson Corporation be dismissed without prejudice.

This the 23rd day of September, 2020.

/s/ Michael P. Mills
**UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI**